Newell v. Reynolds.

GEORGE S. HOUSE, attorney for appellant.

EGBERT PHELPS, attorney for appellee.

---

## Amos J. Newell v. Polly S. Reynolds.

1. APPELLATE COURT PRACTICE—*Appellees Must File Briefs.*—The court does not feel disposed to investigate and pass upon the question of law presented in this case, in absence of a brief for appellee, and therefore reverses the judgment and remands the cause for another trial under the provisions of Rule 27.

Assumpsit, for medical services. Appeal from the Circuit Court of Iroquois County; the Hon. CHARLES R. STARR, Judge, presiding. Heard in this court at the May term, 1897. Reversed and remanded. Opinion filed September 20, 1897.

C. H. PAYSON and NELLY B. KESSLER, attorneys for appellant.

No appearance for appellee.

OPINION PER CURIAM.

This was a suit brought by appellant to recover for services rendered by him as a physician for the daughter of appellee. On trial before a jury in the Circuit Court, defendant had a verdict and judgment, from which plaintiff prosecutes this appeal. The bill of exceptions does not contain the evidence but recites what the evidence on each side tended to prove, and then sets out the instructions and

the motion for a new trial, and the rulings of the court to which the plaintiff excepted. The only question presented for our consideration is, whether the giving of a certain instruction for defendant was reversible error. Appellee has filed no briefs in support of the rulings and judgment below in her favor. Rule 27 of this court provides that in such cases the judgment shall be reversed *pro forma* unless the court, on examination of the record, shall deem it proper to decide the case upon its merits. We can not decide this case upon the merits in the absence of the evidence, and we are not disposed to investigate and pass upon the question of law presented in the absence of a brief by appellee. Therefore the judgment will be reversed *pro forma* and the cause remanded for another trial. Reversed and remanded.